UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

ELVIS RUIZ, FRANCISCO JAVIER CASTRO, )
and EDUARDO MARTINEZ )
) **No:** CV-11-3088-RMP
Plaintiff, )
)
v. ) DEFENDANT'S OPPOSITION
) TO MOTION TO ADMIT PRO
MAX FERNANDEZ and ANN FERNANDEZ, a ) HAC VICE
martial community; and WESTERN RANGE )
ASSOCIATION, a foreign nonprofit organization )
)
Defendant. )
)

The defendant Max Fernandez submits his opposition to the Motion to Admit Weeun Wang Pro Hac Vice. ¶ Local Rule 83.2(c)(1) permits admission of an attorney who does not reside or practice in Washington "...upon showing of particular need to appear and participate in a particular case." Local Rule 83.2(c)(2) also requires that a motion made pursuant to the Rule "...shall include...(d) the necessity for appearance by the applicant..." The use of the word "shall" denotes the imperative. *Doyle v City of Medford,* 606 F.3d 667, 669 (9th Cir, 2010) ("The legislature replaced the discretionary word "may" with the mandatory word "shall").

Here, the motion only states that "...Mr. Wang's appearance is to assist in the representation of the plaintiffs in this matter." The motion does not identify the "necessity" as required by the rule. Necessity means more than purpose. *Gutierrez v Mun. Ct. of S.E. Judicial District,* 838 F.2d 1031, 1041 (9th Cir, 1988). "Necessity:" is defined as "the fact of being required or indispensable." *Oxford Dictionary.*

LOFLAND AND ASSOCIATES
9 North 11th Avenue
Yakima, WA 98902
509-452-2828

The Motion to Admit Pro Hac Vice does not comply with the requirement of the Local Rule. Additionally, only those attorneys admitted may appear and file documents. It is noted that prior to admission the applicant signed the complaint as one of the "attorneys for the plaintiffs." The complaint is dated September 2, 2011, some seven days before this motion was made and before admission. The applicant also submitted his own motion for pro hac vice admission on September 7th. Both place the cart before the horse and give rise to concerns about willingness to comply with the local rules.

The defendant, Max Fernandez, request the motion be denied. The applicant has not complied with the requirement of Local Rule 83.2(d).

DATED this 30th day of September, 2011.

/s/ Gary E. Lofland
Gary E. Lofland   WSBA# 12150
LOFLAND & ASSOCIATES
Counsel for Defendant

LOFLAND AND ASSOCIATES
9 North 11th Avenue
Yakima, WA 98902
509-452-2828