1  Timothy J. Bernasek, WSBA No. 43604
   Email: tbernasek@dunncarney.com
2  Dunn Carney Allen Higgins & Tongue LLP
   851 SW Sixth Avenue, Suite 1500
3  Portland, OR  97204-1357
   Telephone: 503-224-6440
4  Fax: 503-224-7324

5  Attorneys for Defendants

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF WASHINGTON

8  ELVIS RUIZ FRANCISCO            )
   JAVIER, CASTRO and              )
9  EDUARDO MARTINEZ                )   Case No. 2:11-cv-03088-RMP
                                   )
10                                 )
                  Plaintiffs,      )
11                                 )
        v.                         )   DEFENDANT WESTERN RANGE
                                   )   ASSOCIATION'S MOTION TO
12 MAX FERNANDEZ and ANN           )   DISMISS FOR LACK OF SUBJECT
   FERNANDEZ, a Marital            )   MATTER JURISDICTION
13 community; and WESTERN          )
   RANGE ASSOCIATION, a            )
14 foreign nonprofit organization, )
                                   )
15                Defendants.      )

16

17       Pursuant to Fed. R. Civ. P. 12(b), defendant Western Range Association

18 ("Western Range") moves the Court for an order dismissing plaintiffs' claims for

19 (1) breach of contract; (2) FLSA violations; (3) Washington Wage and Hour Law

20 violations; and (4) *quantum meruit* on the grounds that this Court lacks subject

21 matter jurisdiction over those claims.

22       Western Range hereby incorporates by reference the arguments and

DEFENDANT WESTERN RANGE ASSOCIATION'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION - 1

DCAPDX_726439_v1

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
503.224.6440 / Fax: 503.224.7324

1  evidence set forth in co-defendants Max and Ann Fernandez's Motion to Dismiss
2  and related briefing and exhibits. Docket Item Nos. 27 and 28.

3  Dated: October 27, 2011.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

_____
Timothy J. Bernasek, WSBA No. 43604
Email: tbernasek@dunncarney.com
Attorneys for Defendant Western Range Association

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2011, I electronically filed the foregoing document entitled Defendant Western Range Association's Motion to Dismiss for Lack of Subject Matter Jurisdiction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michele Besso | Michele@nwjucstice.org |
| Weeun Wang | wwang@farmworkerjustice.org |
| Gary Edward Lofland | glofland@glofland.net |

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

_____
Timothy J. Bernasek, WSBA No. 43604
Email: tbernasek@dunncarney.com
Attorneys for Defendant Western Range Association

DEFENDANT WESTERN RANGE ASSOCIATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION - 2
DCAPDX_726439_v1
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324