# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO and EDUARDO MARTINEZ,<br><br>                     Plaintiffs,<br><br>        vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>                     Defendants. | Case No. CV-11-3088-RMP<br><br>CIVIL MINUTES<br><br>DATE: 12/14/11<br><br>LOCATION: YAKIMA<br><br>MOTION HEARING |

| | CHIEF JUDGE ROSANNA MALOUF PETERSON | |
|---|---|---|
| Cindy K. Parks | None | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michele Besso | Gary E. Lofland<br>Timothy J. Bernasek (appearing telephonically) | |
| **Plaintiffs' Counsel** | **Defendants' Counsel** | |

**[X]  In Court**

      MOTIONS before the Court:
      Defendant Fernandez's MOTION to Dismiss (ECF No. 27) - ***taken under advisement***
      Defendant Western Range Association's MOTION to Dismiss (ECF No. 31) - ***taken under advisement***

Arguments presented by counsel

**Court:** matters taken under advisement; written order forthcoming

***[X]  ORDER FORTHCOMING***

| CONVENED:  1:00 PM | ADJOURNED:  1:55 PM | TIME:  55 MIN | CALENDARED [ ] |
|---|---|---|---|