Michele Besso
Northwest Justice Project
501 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
(509) 574-4234

Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>Defendants. | No. CV-11-3088-RMP<br><br>PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES |

## II. ARGUMENT

### A. <u>Plaintiffs are Entitled to an Order Compelling Discovery and Sanctions Based on Max Fernandez' Failure to Respond.</u>

If a party fails to answer an interrogatory submitted under Fed. R. Civ. P.

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION - 1
TO COMPEL DISCOVERY RESPONSES

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

1  33 or fails to respond to a request for production under Fed. R. Civ. P. 34, the party

2  requesting the discovery may apply for an order compelling discovery and for

3  appropriate sanctions. Fed. R. Civ. P. 37(a) & (d), 33(b)(5) & 34(b).

4      The movant is required to make a good faith effort to confer with the

5  party failing to make the discovery in an effort to secure the information without

6  court action. Fed. R. Civ. P. 37(a)(2)(B) & (d). The court must require the party

7  failing to participate in discovery or the party's attorney to pay the resulting

8  expenses, including a reasonable attorney's fee. Fed. R. Civ. P. 37(a)(4) (A) &(d);

9  *Hyde & Drath*, 24 F.3d 1162, 1170 (9th Cir. 1994); *Wright & Miller, Federal*

10  *Practice and Procedure,* Vol. 12B at 693. The court must award the expenses

11  unless the court finds that the failure was substantially justified or that other

12  circumstances make an award of expenses unjust. Fed. R. Civ. P. 37(a)(4) & (d);

13  *Wright & Miller,* Vol. 12B at 693.

14  Plaintiffs have made several attempts to confer with Defendant Fernandez'

15  attorney regarding discovery. *Besso Declaration, ¶4-6.* After conferring and/or

16  attempting to confer, Defendant Fernandez has still not provided any responses to

17  the First Set of Interrogatories and Request for Production which were served on

18  July 10, 2012. Defendants' failure to produce discovery on a timely matter has

19  interfered with plaintiffs' ability to prepare their case, especially in light of the

20

21

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION - 2
TO COMPEL DISCOVERY RESPONSES

Northwest Justice Project
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

discovery cut-off of October 12, 2012 and has cost Plaintiffs time in attempting to resolve these issues.

### III: CONCLUSION

Based on the forgoing authority, and the supporting declarations of counsel, this Court should grant Plaintiffs' Motion to Compel Discovery and enter an order compelling Defendant Max Fernandez to respond to Plaintiffs' First Set of Interrogatories and Requests for Production. In addition, Defendant Fernandez and his attorney should be ordered to pay Plaintiffs' reasonable costs and fees for bringing this motion.

Dated this __13th__ day of September, 2012.

Presented by:

NORTHWEST JUSTICE PROJECT

___/s/ Michele Besso_____
Michele Besso, WSBA #17423
Attorney for Plaintiffs

FARMWORKER JUSTICE

By: /s/ Weeun Wang_____
    Weeun Wang

Attorneys for Plaintiffs

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION - 3
TO COMPEL DISCOVERY RESPONSES

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    John Barhoum: jbarhoum@dunncarney.com

    Timothy J. Bernasek: tbernasek@dunncarney.com

    Gary Lofland: glofland@glofland.net

    Weeun Wang: wwang@farmworkerjustice.org

/s/ Estella M. Del Villar____
Estella M. Del Villar, Legal Assistant for
Michele Besso, WSBA #17423
Attorney for Plaintiffs
Northwest Justice Project
510 Larson Bldg., 6 South 2nd St.
Yakima, WA 98901
(509) 574-4234
Email: micheleb@nwjustice.org

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION - 4
TO COMPEL DISCOVERY RESPONSES

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238