Michele Besso
Northwest Justice Project
501 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
(509) 574-4234

Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>Defendants. | No. CV-11-3088-RMP<br><br>PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES |

## I. INTRODUCTION

Plaintiffs move the Court pursuant to Federal Rule of Civil Procedure 37(a) for an order compelling Defendant Max Fernandez to produce documents requested in Plaintiffs' First Set of Interrogatories and Requests for Production,

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO
COMPEL DISCOVERY RESPONSES- 1

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

which were served on defendant back in July, 2012. Defendant's responses to several discovery responses are incomplete, such that they constitute a failure to respond pursuant to Rule 37(a) (4).

## II. PROCEDURAL AND FACTUAL BACKGROUND

Plaintiffs served defendant Fernandez with the First Set of Interrogatories and Request for Production on July 10, 2012. Decl. of Michele Besso ¶2. Defendant responded to these discovery requests on September 18, 2012, after plaintiffs filed a motion to compel. *Id*. at ¶4. However, despite the fact that more than 30 days had passed, defendant objected to several requests, and provided incomplete responses to several more. Mr. Fernandez testified at his deposition on October 29, 2012 about the existence of additional responsive documents. *Id*. at ¶ 6. Counsel for plaintiffs faxed a letter to defendant's counsel on November 2, 2012 requesting the responsive documents and offering to confer about the matter. *Id*. at ¶ 9. Counsel for plaintiffs followed up with telephone calls on Friday November 9, 2012 and Wednesday, November 14, 2012. Counsel for defendant Fernandez has not responded. *Id*. at ¶12.

In the meantime, on November 5, 2012, plaintiffs served a subpoena for documents on defendant's accountant, requesting many of the same documents. *Id*. at ¶ 7. On November 13, the accountant produced several documents in

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 2

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

response to the subpoena summarizing Fernandez Ranch business expenses. However, there were no receipts, bills, invoices, cancelled checks or other supporting documentation, although these had been requested. *Id.* at ¶ 8. Plaintiffs have not been able to confirm with defendant Fernandez as to whether he has other responsive documents that have not been produced. Finally, defendant Fernandez has failed to comply with the court's order of September 21, 2012, ordering payment of $500 in attorney fees. *Id.* at ¶13.

## II. ARGUMENT

### A. <u>Plaintiffs are Entitled to an Order Compelling Discovery Based on Max Fernandez' Failure to Respond.</u>

If a party fails to respond to a request for production under Fed. R. Civ. P. 34, the party requesting the discovery may apply for an order compelling discovery. Fed. R. Civ. P. 37(a) (3) (B).

The movant is required to make a good faith effort to confer with the party failing to make the discovery in an effort to secure the information without court action. Fed. R. Civ. P. 37(a)(2)(B) & (d). Plaintiffs have made several attempts to confer with Defendant Fernandez' attorney regarding discovery. Decl. of Michele Besso ¶10-12. Defendant Fernandez has still not provided complete responses to the First Set of Interrogatories and Request for Production which was served on July 10, 2012. Defendant's failure to produce discovery on a timely matter has interfered with plaintiffs' ability to prepare their case. Plaintiffs need a full set of

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 3

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234 Fax: (509) 574-4238

discovery responses to prepare summary judgment motions before the dispositive motion cut-off of December 2, 2012.

**B. Defendant Has Failed to Provide Complete Responses to Interrogatory 11 and Requests for Production No. 1 and No. 19**

Plaintiffs requested documents recording Max Fernandez's food purchases during the period plaintiffs worked on his ranch in two separate requests. The responses were incomplete.

Plaintiffs' Request for Production ("RFP") No. 19 requested that defendant:

> Produce all documents relating to any practices or procedures relating to the provision of food to the Plaintiffs, including records as to quantities, purchases, costs, and dates of delivery.

In response, defendant Fernandez produced nine handwritten food lists, all but one of which were undated, plus a one-page summary of annual food expenses.

Interrogatory No. 11 requested that defendant:

> describe in detail your practices and procedures relating to your provision of food to the Plaintiffs during the years that you employed them, including the quantity and kind of food provided, how and where the food was purchased, prepared and delivered to the Plaintiffs, what records you kept relating to such food purchases and deliveries, how often you purchased food, and any changes in any such practices and procedures over time.

RFP No. 1 requested production of all documents identified in response to this Interrogatory. Defendant responded to the request for production, "None."

However, in his deposition, Max Fernandez testified that he kept receipts for the food purchases that he made for his workers and that at the end of each year he

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 4

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234 Fax: (509) 574-4238

sent these receipts to his accountant for tax purposes. Besso Decl. ¶ 6 (e).

Documents in the possession of Mr. Fernandez' accountant are in Mr. Fernandez' "custody or control" pursuant to Rule 34 and therefore must be produced.

### C. **Defendant Fernandez' Objection to Producing Documents Requested in RFP No. 26 is Without Merit**

Plaintiffs' Request for Production No. 26 requested

> All business, operating, and financial plans or statements regularly prepared by Max Fernandez on an annual, quarterly or monthly basis since January 1, 2007.

Defendant Fernandez failed to produce responsive documents. Instead he stated the objection that the request was "not calculated to lead to the discovery of relevant information." Defendant's objection fails both because he failed to object within the time required and thus waived any objections, and because the information requested is reasonably calculated to led to probative evidence.

"It is well established that a failure to object to discovery requests within the time required constitutes a waiver of any objection." *Richmark Corp. v. Timber Falling Consultants*, 959 F. 2d 1468, 1473 (9th Cir. 1992). Plaintiffs served their First Set of Interrogatories and Requests for Production of Documents on defendant Fernandez on July 10, 2012. Besso Decl. ¶ 2. Defendant Fernandez first responded to plaintiffs' discovery requests on September 18, 2012, well after the 30 day response period expired, and only after plaintiffs filed a motion to

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 5

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

compel. *Id.* at ¶ 4. Therefore, defendant Fernandez waived any objections to Plaintiffs' discovery requests.

Furthermore, the testimony given by Mr. Fernandez at his deposition on October 29, 2012 made clear that the requested business, operating, and financial plans and statements are probative. Plaintiffs have alleged that they spent substantial periods of their employment at Fernandez Ranch engaged in general ranch work such as constructing and repairing fences, cutting grass, maintaining farm machinery, building farm structures, and chopping firewood , all or which were tasks outside of the scope of their contracted job as range sheepherders. Complaint, ¶ 42-43. Mr. Fernandez has denied that plaintiffs performed work other than sheepherding at his ranch. Mr. Fernandez testified at his deposition that the work that plaintiffs claim to have performed was actually performed by several individuals with whom he contracted during the period in question. Besso Decl. ¶ 6 (a)-(c).

It was Mr. Fernandez' testimony that he did not keep records of hours worked by these individuals, did not report earnings paid to these individuals on 1099 or W-2 Forms, and often paid in cash. *Id.* at¶ 6 (a)-(d). However, he testified that he did keep records of farm expenses for tax purposes. *Id.* at ¶ 6 (a). Records of farm expenses for the years 2007 through 2010 should include documentation of expenditures spent on contract labor during this period. Such documentation

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 6

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

would tend to make defendant's allegation that independent contractors (rather than plaintiffs) performed a great deal of the ranch work on the Fernandez Ranch more or less probable than the allegation would without such records, which is the test for relevant evidence. These records, and all other responsive business, operating, and financial plans and statements that Mr. Fernandez has withheld are discoverable and must be produced.

**D. Defendant Fernandez Only Partially Answered Interrogatory No. 12**

Plaintiffs' Interrogatory No. 12 asked Mr. Fernandez:

> For each year from 2007 through 2011, identify and describe each mobile housing unit (including make, model, year of manufacture, year of purchase or acquisition by or for Max Fernandez, and price at which it was purchased or otherwise acquired by or for Max Fernandez) occupied by any of the Plaintiffs while herding sheep for Max Fernandez, and for each such mobile housing unit and for each Plaintiff who occupied it, state the dates during which the Plaintiff occupied the unit, and for each of the dates, the locations (including geographic coordinates, at which the Plaintiff occupied the unit.)

Mr. Fernandez identified only one mobile housing unit in response, "an Airstream purchased in July 2006 for $1200; inside of Airstream refurbished in the winter that year making it easier to keep clean, i.e. removed carpet and installed linoleum." At his deposition, Mr. Fernandez testified that he had four to five trailers during this time period. Besso Decl. ¶ 6 (f). Plaintiffs request that the Court compel defendant to identify and describe the other mobile housing units

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 7

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

occupied by any of the plaintiffs while herding sheep for Mr. Fernandez, as requested by Interrogatory 12.

**E. Mr. Fernandez' Failure to Fully Respond to RFP No. 33 Is Without Legal Basis**

Plaintiffs requested production of "all service or maintenance records related to any vehicles and machinery identified in Interrogatory No. 7. Mr. Fernandez responded that "none kept." In his deposition, however, Mr. Fernandez testified that he does keep records of his expenses on maintenance of farm vehicles and equipment. Besso Decl. ¶ 6 (a). For the same reasons stated above in regards to RFP No. 26, any records responsive to this request which are in Mr. Fernandez' possession, custody or control must be produced.

## III: CONCLUSION

Based on the forgoing authority and the supporting declarations of counsel, this Court should grant Plaintiffs' Motion to Compel Discovery and enter an order compelling Defendant Max Fernandez to provide the documents requested in Plaintiffs' Requests Nos. 1, 19, 26, 33, and Interrogatory No. 12 by Wednesday, November 28, 2012. In addition, Defendant Fernandez and his attorney should be ordered to pay Plaintiffs' reasonable costs and fees for bringing this motion.

Dated this __16th__ day of November, 2012.

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 8

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

NORTHWEST JUSTICE PROJECT

   /s/ Michele Besso
Michele Besso, WSBA #17423

FARMWORKER JUSTICE

By: /s/ Weeun Wang
Weeun Wang

Attorneys for Plaintiffs

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 9

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    John Barhoum: jbarhoum@dunncarney.com

    Timothy J. Bernasek: tbernasek@dunncarney.com

    Gary Lofland: glofland@glofland.net

    Weeun Wang: wwang@farmworkerjustice.org

    John Jay Carroll: jcarroll@vhlegal.com

DATED this 16th day of November, 2012.

    /s/ Estella M. Del Villar____
    Estella M. Del Villar, Legal Assistant for
    Michele Besso, WSBA #17423
    Attorney for Plaintiffs
    Northwest Justice Project
    510 Larson Bldg., 6 South 2nd St.
    Yakima, WA 98901
    (509) 574-4234
    Email: micheleb@nwjustice.org

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 10

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES- 11

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238