Michele Besso
Northwest Justice Project
501 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
(509) 574-4234

Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>Defendants. | No. CV-11-3088-RMP<br><br>PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES |

## I. INTRODUCTION

Plaintiffs moved the Court pursuant to Federal Rule for Civil Procedure 37(a) for an order compelling Defendant Max Fernandez to produce requested documents and information because Mr. Fernandez' testimony at his deposition

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL 1

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

1 referred to possible additional documents that had not yet been produced.
Defendant has now responded that he has no additional documents responsive to plaintiffs' request for production Nos. 1, 19 or 26, ending that inquiry.

As for Interrogatory No. 12, Mr. Fernandez' testimony at the deposition referred to two trailers that plaintiffs had slept in on the range, neither one of which is the one that had been approved for use by the state inspector. Plaintiffs are simply asking for the information requested in Interrogatory No. 12 for each of the trailers occupied by any of the plaintiffs. Fernandez Deposition, 141:21- 142: 6; 143:22-144:8, Exhibit A to Declaration of Michele Besso.

Finally, with respect to plaintiffs' Request for Production No. 33: defendant objects that plaintiffs had asked only for "service or maintenance records", which defendant does not have, as opposed to the service or maintenance *expense* records that plaintiffs have requested in the motion. First of all, this is a distinction without a difference, as a record of expenses incurred in servicing vehicles may also constitute a record of the servicing or maintenance work itself, especially in the absence of any other such records.

Secondly, defense counsel promised during the deposition of Max Fernandez to produce such records if Max Fernandez had any. Deposition of Max Fernandez, 83:1-4, Exhibit A to Declaration of Michele Besso.

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL 2

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

If in fact Mr. Fernandez has no such records, defendant should just say so, and the matter would be resolved.

## II. ARGUMENT

### A. The Court Should Order Defendant to Complete their Responses to Interrogatory No. 12 and Request for Records No. 33..

At this time, it appears that the only outstanding issues from Plaintiffs' motion to compel are the completion of the answer to Interrogatory No. 12, and the Request for Production No. 33 for records of vehicle maintenance and servicing expenses.

Plaintiffs request that the Court compel defendant to identify and describe mobile housing units occupied by any of the plaintiffs while herding sheep for Mr. Fernandez, as requested by Interrogatory 12, and produce any "service or maintenance records related to any vehicles and machinery identified in answer to Interrogatory No. 7", including records of the associated expenses for such service or maintenance, as previously promised by counsel, by December 5, 2012.

In addition, Defendant Fernandez and his attorney should be ordered to pay Plaintiffs' reasonable costs and fees for bringing this motion, since it appears that this motion could have been avoided if defense counsel had responded to requests to confer. ECF 110, ¶9-12.

Dated this __29th__ day of November, 2012.

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL 3

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

Presented by:

NORTHWEST JUSTICE PROJECT


___/s/ Michele Besso_____
Michele Besso, WSBA #17423
Attorney for Plaintiffs

FARMWORKER JUSTICE

By: /s/ Weeun Wang_____
    Weeun Wang

Attorneys for Plaintiffs

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL 4

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    John Barhoum:  jbarhoum@dunncarney.com

    Timothy J. Bernasek:  tbernasek@dunncarney.com

    Gary Lofland:  glofland@glofland.net

    Weeun Wang:  wwang@farmworkerjustice.org

/s/ Estella M. Del Villar
Estella M. Del Villar, Legal Assistant for
Michele Besso, WSBA #17423
Attorney for Plaintiffs
Northwest Justice Project
510 Larson Bldg., 6 South 2nd St.
Yakima, WA 98901
(509) 574-4234
Email: micheleb@nwjustice.org

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL 5

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238