1  **Timothy J. Bernasek, WSBA No. 43604**
   Email: tbernasek@dunncarney.com
2  **John R. Barhoum, WSBA No. 42776**
   Email: jbarhoum@dunncarney.com
3  Dunn Carney Allen Higgins & Tongue LLP
   851 SW Sixth Avenue, Suite 1500
4  Portland, OR  97204-1357
   Telephone: 503-224-6440
5  Fax: 503-224-7324

6  Attorneys for Defendants Western Range Association

Honorable Rosanna M. Peterson

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF WASHINGTON

10 ELVIS RUIZ FRANCISCO     )
   JAVIER, CASTRO and EDUARDO )
11 MARTINEZ,                )   Case No. 2:11-cv-03088-RMP
                            )
12              Plaintiffs, )
                            )
13      v.                  )   DEFENDANT WESTERN
                            )   RANGE ASSOCIATION'S LR
14 MAX FERNANDEZ and ANN    )   56.1 STATEMENT OF FACTS
   FERNANDEZ, a Marital     )
15 community; and WESTERN   )
   RANGE ASSOCIATION, a foreign )
16 nonprofit organization,  )
                            )
17              Defendants. )

18      Pursuant to Local Rule 56.1, Defendant Western Range Association ("WRA")

19 submits this Concise Statement of Material Facts in Support of its Motion for

20 Summary Judgment.

21                    **UNDISPUTED MATERIAL FACTS**

22      1.   WRA is a non-profit organization that was created by agricultural

DEFENDANT WESTERN RANGE ASSOCIATION'S LR 56.1 STATEMENT OF FACTS - 1
DCAPDX_872950_v1
**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
503.224.6440 / Fax: 503.224.7324

1 employers to help employers and foreign workers successfully navigate the
2 intricacies of the H-2A program.

3    2.    Plaintiffs Elvis Ruiz, Francisco Javier Castro, and Eduardo Martinez
4 ("Plaintiffs") are Chilean citizens. *See* Complaint, Dkt. 1, ¶¶27-29.

5    3.    Plaintiffs applied for and obtained H-2A visas to work as sheepherders
6 in the United States. *See* Complaint, Dkt. 1, ¶¶27-29.

7    4.    Plaintiffs contacted WRA's Chilean representative to apply for H-2A
8 visas. *See* Deposition of Elvis Ruiz ("Ruiz Depo."), pg. 17; Deposition of Francisco
9 Javier Castro ("Castro Depo."), pgs. 61-62; Deposition of Eduardo Martinez
10 ("Martinez Depo."), pg. 47 (Exhibits 1 through 3 to the Declaration of Timothy J.
11 Bernasek ("Bernasek Decl.").

12    5.    WRA helped Plaintiffs obtain their H-2A visas and coordinated their
13 transportation to the United States. *Id.*

14    6.    Plaintiffs subsequently went to work as sheepherders for various
15 ranchers, including co-defendant Max Fernandez ("Fernandez") from 2007-2010.
16 *See* Complaint, Dkt. 1, ¶24.

17    7.    The United States Department of Labor ("USDOL"), as part of its
18 Special Procedures for sheepherders under the H-2A program, determined the pay
19 rates for plaintiffs. *See* Deposition of Dennis Richins, pgs. 169-170, (Ex. 5 to
20 Bernasek Decl.).

21    8.    Fernandez supervised and managed Plaintiffs' work on the ranch. He
22 dictated the manner and method by which their work was done. He also controlled

DEFENDANT WESTERN RANGE ASSOCIATION'S LR 56.1 STATEMENT OF FACTS - 2
DCAPDX_872950_v1
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
503.224.6440 / Fax: 503.224.7324

1  their work schedule, housing arrangement, monetary compensation, and other work
2  conditions. WRA never exercised control over Plaintiffs. *See* Ruiz Depo., pgs. 63-
3  66; Martinez Depo., pgs. 46-48; Ruiz Depo., pgs. 38-40. WRA only transfers a
4  worker at the worker's or employer's request. *See* Deposition of Dennis Richins,
5  pgs. 88-90; 168-170 (Ex. 5 to Bernasek Decl.).

6       9.   All work completed by Plaintiffs was done on property owned or leased
7  by Fernandez using Fernandez's equipment. *Id.*

8       10.  The USDOL investigated Plaintiffs' allegations of wrongdoing, but
9  found them to be meritless. *See* USDOL Report, Ex. 4 to Bernasek Decl. The
10 USDOL concluded, with respect to Plaintiffs' employment with Fernandez, that
11 "[o]nce they arrive at the ranch, WRA doesn't have any control over the workers, all
12 duties and assignments are made by the rancher." *Id.* at pg. 3. USDOL also found
13 that "Fernandez makes all the decisions involving pay rates above the specified
14 amount, pay dates, transportation, and hiring and firing, as well as completing the
15 workers payroll." *Id.*

16     Dated: December 3, 2012.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

_____
Timothy J. Bernasek, WSBA No. 43604
Email: tbernasek@dunncarney.com
John R. Barhoum, WSBA No. 42776
Email: jbarhoum@dunncarney.com
Attorneys for Defendant Western Range Association

Trial Attorney: Timothy J. Bernasek
                WSBA No. 43604

DEFENDANT WESTERN RANGE ASSOCIATION'S LR 56.1 STATEMENT OF FACTS - 3
DCAPDX_872950_v1
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

1    **CERTIFICATE OF SERVICE**

2

3        I hereby certify that on December 3, 2012, I caused the foregoing document to

4    be electronically filed with the Clerk of the Court using the CM/ECF system and

5    caused it to be served by mail to the following:

6        Michele Besso            :    micheleb@nwjustice.org

7        Weeun Wang               :    wwang@farmworkerjustice.org

8        Gary E. Lofland          :    glofland@glofland.net

9        John Jay Carroll         :    jcarroll@vhlegal.com

10       Dated:  December 3, 2012.

11

12                                        DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

13

14                                        _____
                                          Timothy J. Bernasek, WSBA No. 43604
15                                        Email:  tbernasek@dunncarney.com
                                          John R. Barhoum, WSBA No. 42776
16                                        Email:  jbarhoum@dunncarney.com
                                          Attorneys for Defendant Western Range Association
17
                                          Trial Attorney:  Timothy J. Bernasek
18                                                         WSBA No. 43604

19

20

21

22

CERTIFICATE OF SERVICE - 1
DCAPDX_714945_v2

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
503.224.6440 / Fax: 503.224.7324