# EXHIBIT 3

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 19

Case 2:11-cv-03088-RMP   ECF No. 133-3   filed 12/03/12   PageID.779   Page 2 of 6

Ruiz, et al. v. Fernandez, et al.                        Eduardo Martinez 10/30/2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO, and EDUARDO MARTINEZ,  Plaintiffs,  vs.  MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,  Defendants. | NO. CV-11-3088-RMP |

DEPOSITION UPON ORAL EXAMINATION OF EDUARDO MARTINEZ

October 30, 2012
1:30 p.m.
6 South Second Street, Suite 510
Yakima, Washington

TAKEN AT THE INSTANCE OF THE DEFENDANTS

REPORTED BY:
PHYLLIS CRAVER LYKKEN, RPR, CCR NO. 2423

Central Court Reporting    800.442.3376

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 20

Ruiz, et al. v. Fernandez, et al.                    Eduardo Martinez 10/30/2012

Page 46

```
 1      not good.
 2  Q.  And so what do you want as a result of that?
 3  A.  No, I would tell him, no, I would tell him that if he
 4      wanted a good work, that he should bring good tools
 5      and we would start to argue.
 6  Q.  What do you want as a result of this lawsuit?
 7  A.  Oh, that Mr. Fernandez should be stopped from
 8      humiliating the workers.
 9  Q.  And is that all?
10  A.  Yes.
11  Q.  Nothing else?
12  A.  No.
13  Q.  And if he were stopped from humiliating workers in
14      the future, that would be enough for you?
15  A.  I think so.
16          MR. LOFLAND:  That's all I have.
17          MR. BARHOUM:  Okay.  I've got a few questions.
18
19                      EXAMINATION
20  BY MR. BARHOUM:
21  Q.  Good afternoon, sir.  My name is John Barhoum and I
22      represent Western Range Association.  I just have a
23      few questions for you.
24          How did you first hear about the Western Range
25      Association?
```

Central Court Reporting        800.442.3376

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 21

Ruiz, et al. v. Fernandez, et al.                Eduardo Martinez 10/30/2012

Page 47

```
 1   A.   Oh, for many years I heard that Western Range would
 2        bring people to the United States.
 3   Q.   And who was your contact person in Chile for the
 4        Western Range Association?
 5   A.   Well, it was not with Western Range, it was with
 6        Victor Toscanini.
 7   Q.   And did you first contact Victor Toscanini to let him
 8        know you were interested in coming to the United
 9        States?
10   A.   Yes, he already knew that.
11   Q.   How did he know that?
12   A.   By means of my brother-in-law.
13   Q.   Okay. He didn't come to your village looking for
14        you, did he?
15   A.   No, telephone.
16   Q.   He called you?
17   A.   Yeah.
18   Q.   And he called you because your brother told him you
19        were interested?
20   A.   No, my brother-in-law.
21   Q.   Okay. He called you because your brother-in-law told
22        him you were interested?
23   A.   To come here, yes.
24   Q.   Okay. And who was your supervisor once you got to
25        the Fernandez ranch?
```

Central Court Reporting      800.442.3376

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 22

Ruiz, et al. v. Fernandez, et al.                Eduardo Martinez 10/30/2012

Page 48

```
 1   A.   Max Fernandez.
 2   Q.   Okay.  No one from Western Range told you how to do
 3        your work at the Fernandez ranch?
 4   A.   No.
 5   Q.   No one from the Western Range Association ever came
 6        to the Fernandez ranch while you were there, right?
 7   A.   No.
 8   Q.   And no one from the Western Range Association told
 9        you where you would live or what kind of food you
10        would eat, right?
11   A.   No.
12   Q.   And no one from the Western Range Association paid
13        you, correct?
14   A.   No.
15   Q.   Did you have any contact with anybody from the
16        Western Range Association?
17   A.   Only when I left.
18   Q.   When you left the Fernandez ranch?
19   A.   Yes, when Mr. Fernandez told me that the secretary of
20        Western Range needed to speak to me.
21   Q.   Begonia?
22   A.   Yeah.
23   Q.   Is that the only person you ever spoke to at the
24        Western Range Association?
25   A.   Yes.
```

Central Court Reporting        800.442.3376

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 23

```
 1                C E R T I F I C A T E

 2     STATE OF WASHINGTON )
                           ) ss.
 3     COUNTY OF YAKIMA    )

 4

 5        This is to certify that I, Phyllis Craver Lykken,

 6     Certified Court Reporter in and for the State of

 7     Washington, residing at Yakima, reported the within and

 8     foregoing deposition; said deposition being taken before

 9     me on the date herein set forth; that pursuant to RCW

10     5.28.010 the witness was first by me duly sworn; that

11     said examination was taken by me in shorthand and

12     thereafter under my supervision transcribed, and that

13     same is a full, true and correct record of the testimony

14     of said witness, including all questions, answers and

15     objections, if any, of counsel.

16        I further certify that I am not a relative or

17     employee or attorney or counsel of any of the parties,

18     nor am I financially interested in the outcome of the

19     cause.

20        IN WITNESS WHEREOF I have set my hand this 13th

21     day of November, 2012

22

23        _____
          PHYLLIS CRAVER LYKKEN, RPR,
          CCR NO. 2423
24

25
```

CENTRAL COURT REPORTING   1-800-442-DEPO
Seattle - Bellevue - Yakima - Wenatchee - Kennewick

Declaration of Timothy J. Bernasek in
Support of Defendant Western Range
Association's Motion for Summary Judgment - 24