J. Jay Carroll, WSBA #17424
Velikanje Halverson P.C.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: 509-248-6030
Facsimile: 509-453-6880
Email: jcarroll@vhlegal.com

Gary E. Lofland, WSBA No. 12150
LOFLAND AND ASSOCIATES
9 North 11th Avenue
Yakima, Washington  98902
Telephone:  (509) 452-2828
Fax:  (509) 452-2858
Email: glofland@charterinternet.com

Attorneys for Defendants Fernandez

HONORABLE ROSANNA M. PETERSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO, and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>Defendants. | NO.  CV-11-3088-RMP<br><br>FERNANDEZ DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>HEARING:  February 13, 2013<br>          1:00 p.m.<br>          Yakima, WA |

COME NOW the Defendants, Max and Ann Fernandez, by and through their

attorneys of record, J. Jay Carroll of Velikanje Halverson P.C. and Gary E. Lofland,

FERNANDEZ DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT    - 1

pursuant to Fed. R, Civ. P. 56, and move the Court for an order granting summary judgment in favor of the Fernandez Defendants and against the Plaintiffs. No genuine issues of material fact exist and the Fernandez Defendants are entitled to judgment as a matter of law as is more fully set forth in the memorandum submitted in support of this motion for summary judgment. This motion is supported by the Memorandum in Support of Fernandez Defendants' Motion for Summary Judgment, Statement of Material Facts in Support of Fernandez Defendants' Motion for Summary Judgment, the Declaration of J. Jay Carroll in Support of Fernandez Defendants' Motion for Summary Judgment, and the files and records herein.

DATED this 3rd day of December, 2012.

    s/ J. Jay Carroll,  WSBA No. 17424
    VELIKANJE HALVERSON P.C.
    *Attorneys for Defendants Fernandez*
    405 East Lincoln Avenue
    P.O. Box 22550
    Yakima, Washington 98907
    Telephone:  (509) 248-6030
    Fax:  (509) 453-6880
    Email:  jcarroll@vhlegal.com

    s/ Gary E. Lofland, WSBA No. 12150
    LOFLAND AND ASSOCIATES
    *Attorneys for Defendants Fernandez*
    9 North 11th Avenue
    Yakima, Washington  98902
    Telephone:  (509) 452-2828
    Fax:  (509) 452-2858
    Email:  glofland@charterinternet.com

FERNANDEZ DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT    - 2

**Velikanje Halverson P.C.**
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Attorneys for Defendant:**

Michele Besso        Michele@nwjustice.org

Timothy J. Bernasek        tbernasek@dunncarney.com

Weeun Wang        wwang@farmworkerjustice.org


s/ J. Jay Carroll,  WSBA No. 17424
VELIKANJE HALVERSON P.C.
*Attorneys for Defendants Fernandez*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone:  (509) 248-6030
Fax:  (509) 453-6880
Email:  jcarroll@vhlegal.com

G:\JJC\GEL\Fernandez, Max\Pleadings\Motion for SJ.doc
12/3/2012 2:55 PM jlf

FERNANDEZ DEFENDANTS' MOTION FOR SUMMARY JUDGMENT    - 3

**Velikanje Halverson P.C.**
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**