**Table of Exhibits**

A. Testimony of Dr. James Holt, pp. 88 and 89.

B. Dr. James Holt Report, pp. 6, 7, 8, 9, 12 and 13.

C. Deposition of Dennis Richins, November 6 & 7, pp. 17, 23, 24, 29, 34, 40, 41, 42, 43, 44, 45, 46, 47, 68, 69, 79, 80, 91, 92, 100, 101, 110, 111, 115, 116, 136, 138, 139, 140, 144, 145, 149, 150, 157, 158, 159, 166, 167, 168, 170, 171, 176, 177, 180, 182, 188, 189, 190, 191, 194, 195, 196, 197, 210, 211, 212, 234 and 235.

D. Exhibit 9 from Deposition of Dennis Richins, November 6 & 7.

E. Exhibit 10 from Deposition of Dennis Richins, November 6 & 7.

F. Deposition of Sarah Peters, November 6, 2012, pp. 19, 20, 36, 37, 43, 44, 48 and 49.

G. Application for Temporary Employment Certification, Bates Number WRA-000025 and WRA-000030-000032.

H. I-129 Petition for Nonimmigrant Worker, Bates Number WRA-000014-000016.

I. WRA Members Manual, Bates Number WRA-000308-000310 and WRA-000320-000321.

J. Transportation Documents RE: Elvis Ruiz, Bates Number WRA-000068-000073.

K. Transportation Documents RE: Francisco Castro, Bates Number WRA-000145-000163.

L. Transportation Documents RE: Eduardo Martinez, Bates Number WRA-000266-000280.

M. Exhibit 14 from Deposition of Dennis Richins, November 6 & 7. Sheepherder Employment Agreement RE: Elvis Ruiz, Bates Number WRA000012.

N. Sheepherder Employment Agreement RE: Francisco Castro, Bates Number WRA-000095–000098.

O. Sheepherder Employment Agreement RE: Eduardo Martinez, Bates Number WRA-000179–000182.

P. WRA Health Insurance Plan, Bates Number WRA-000436-000442.

Q. Transfers RE: Francisco Castro, Bates Number WRA-000147-000154.

R. Transfers RE: Eduardo Martinez, Bates Number WRA-000270-000272.

PLAINTIFFS' STATEMENT OF FACTS  
IN SUPPORT OF PLAINTIFFS' MOTION  
FOR PARTIAL SUMMARY JUDGMENT  
PAGE-32

Northwest Justice Project  
510 Larson Building, 6 S. 2nd Street  
Yakima, WA 98901  
Phone: (509) 574-4234

    S.  Max Fernandez Response to Interrogatory No. 2 of Plaintiffs' First Set of Interrogatories, pp. 1 and 8.

    T.  WRA By-laws, Bates Number WRA-000388-000389, pp. 1 and 2.

    U.  Deposition of Max Fernandez, October 29, 2012, pp. 10, 11, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25, 28, 29, 30, 32, 34, 35, 37, 38, 47, 48, 50, 51, 60, 61, 74 and 78.

    V.  Exhibit 9 from Deposition of Max Fernandez, October 29, 2012.

    W.  Exhibit 4 from Deposition of Max Fernandez, October 29, 2012.

    X.  Exhibit 1 from Deposition of Max Fernandez, October 29, 2012.

    Y.  Employment Agreement, Bates Number WRA-000177.

    Z.  Deposition of Eduardo Martinez, October 30, 2012, pp. 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 62 (Correction Sheet pp. 1 and 2).

    AA.  Maintenance Records. Spanish and English Translation.

    BB.  Exhibit 3 from Deposition of Max Fernandez, October 29, 2012.

    CC.  US DOL Field Memorandum and Attached Sheepherder Special Procedures

    DD.  DOT Code: 41.664-010 Title: Farmworker, Livestock

    EE.  DOT Code: 410.687-022 Title: Sheep Herder.

PLAINTIFFS' STATEMENT OF FACTS    Northwest Justice Project
IN SUPPORT OF PLAINTIFFS' MOTION    510 Larson Building, 6 S. 2nd Street
FOR PARTIAL SUMMARY JUDGMENT    Yakima, WA 98901
PAGE-33    Phone: (509) 574-4234