## TABLE OF EXHIBITS

1. Deposition of Max Fernandez, October 29, 2012, pp. 23, 24, 25, 26, 28, 29, 33, 34, 73, 79, 115 and 149

2. Deposition of Francisco Javier Castro, October 30, 2012, pp. 13, 14, 17, 31, 34, 35, 42, 43, 47, 50, 51 and 52.

3. Deposition of Eduardo Martinez, October 30, 2012, pp. 9, 28, 29, 30, 31, 32, 33, 38, 39, 41, 55 and 58.

4. Deposition of Elvis Ruiz, October 31, 2012, pp. 9, 13, 15, 16, 27, 28 and 29.

5. Deposition of Dennis Richins, November 6 & 7, pp. 43, 44, 173 and 174.

COUNTER STATEMENT OF FACTS IN
RESPONSE TO FERNANDEZ DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT-18

Northwest Justice Project
510 Larson Building, 6 S. 2nd Street
Yakima, WA 98901
Phone: (509) 574-4234