Timothy J. Bernasek, WSBA No. 43604
Email: tbernasek@dunncarney.com
John R. Barhoum, WSBA No. 42776
Email: jbarhoum@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone: 503-224-6440
Fax: 503-224-7324

Attorneys for Defendants Western Range Association

Honorable Rosanna M. Peterson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ FRANCISCO JAVIER, CASTRO and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a Marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,<br><br>Defendants. | Case No. 2:11-cv-03088-RMP<br><br>DEFENDANT WESTERN RANGE ASSOCIATION'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |

Pursuant to Local Rule 56.1, Defendant Western Range Association ("WRA") submits this Reply in Support of its Concise Statement of Material Facts in Support of its Motion for Summary Judgment ("Concise Statement").

1. In support of Paragraph 1 of WRA's Concise Statement, WRA submits the

DEF. WRA'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 1
DCAPDX_898593_v1

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
503.224.6440 / Fax: 503.224.7324

following reply:

WRA did not anticipate that Plaintiffs would object to WRA's status as a non-profit or its purpose, both of which are matters of public record. To the extent that additional support is required, WRA attaches the Articles of Incorporation and Washington Secretary of State Registration Detail for Western Range Association. Exhibit 6 to Second Declaration of Timothy J. Bernasek (Articles of Incorporation); Exhibit 7 to Second Declaration of Timothy J. Bernasek (Secretary of State Registration Detail). These documents speak for themselves regarding WRA's status and purpose.

2. In support of Paragraph 3 of WRA's Concise Statement, WRA submits the following reply:

WRA objects to Plaintiffs' response. WRA has made clear that it simply facilitates the H-2A process for its members. *See* Dkt. 162-1, Richins Depo., at 77, 117 (describing WRA as the vehicle that brings the workers in and assists with H-2A compliance). To the extent that Plaintiffs assert that WRA's role was anything more than a facilitator of the H-2A process, WRA objects to Plaintiffs' characterization. Further, Plaintiffs themselves sought out work opportunities with WRA and willingly entered into the H-2A process, as described directly below.

3. In support of Paragraph 4 of WRA's Concise Statement, WRA submits the following reply:

WRA objects to Plaintiffs' response. Plaintiff Castro testified that his cousin told him about working for WRA, and at his direction, his cousin provided WRA's

DEF. WRA'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 2
DCAPDX_898593_v1

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

1 recruiter with his information. Dkt No. 133-2, Castro Depo., at 61-63. Similarly,
2 Plaintiff Martinez testified that, at his direction, his brother-in-law provided WRA's
3 recruiter with his information. Dkt No. 133-7, Martinez Depo., at 46-47. Finally,
4 Plaintiff Ruiz stated simply that he "signed up" with the recruiter. Dkt. 133-1, Ruiz
5 Depo., at 17. Thus, each Plaintiff affirmatively expressed an interest in working in
6 the United States to WRA's recruiter. WRA has demonstrated that its recruiters were
7 not employees of WRA, and simply provided WRA with a list of names of herders
8 that were interested in coming to work in the United States. Dkt No. 162-2, Peters
9 Depo., at 44. As explained above, WRA has made clear that it simply facilitates the
10 H-2A process for its members. *See* Dkt. 162-1, Richins Depo., at 77, 117.

11      4.   In support of Paragraph 5 of WRA's Concise Statement, WRA submits the
12 following reply:

13      WRA objects to Plaintiffs' response. As stated above, WRA has made clear
14 that it simply facilitates the H-2A process for its members. *See* Dkt. 162-1, Richins
15 Depo., at 77, 117. While WRA initially covers the cost of transporting Plaintiffs to
16 the United States, member ranches reimburse these transportation costs to WRA. Dkt
17 No. 162-2, Peters Depo., at 95-97.

18      5.   In support of Paragraph 6 of WRA's Concise Statement, WRA submits the
19 following reply:

20      WRA objects to Plaintiffs' response. Plaintiffs object to WRA's
21 characterization that Plaintiffs worked as "sheepherders" for Fernandez. Dkt No. 165
22 at 4. WRA relies on the pre-employment agreement and application for Plaintiffs in

DEF. WRA'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL
FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 3
DCAPDX_898593_v1
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

support of its assertion that Plaintiffs worked as sheepherders. Dkt No. 146-6 (Pre-employment agreement); Dkt No. 146-5 (Application Agreement). The issue of the type of work performed by Plaintiffs while they were employed by Fernandez is outside the scope of WRA's briefing.

6. In support of Paragraph 7 of WRA's Concise Statement, WRA submits the following reply:

WRA objects to Plaintiffs' response. Plaintiffs' objection to this statement is circuitous, contradictory, and contains improper legal arguments. Plaintiffs' admit that the Department of Labor sets the wages for H-2A workers. 20 C.F.R. 655.120; *see also* Dkt No. 146-14 (Employment Agreement); *see also* US DOL Report, Dkt No. 133-4 at 3. However, Plaintiffs contend that since WRA requires its members to pay the wage set by the DOL, WRA somehow determines the wage rate for Plaintiffs. Plaintiffs' argument is nonsensical – DOL sets the wage rate for Plaintiffs. WRA's members pay that rate. WRA does not have any control over the rate. In fact, WRA's representative testified that a member could pay more than the required rate, he just couldn't pay less or he would be in violation of DOL regulations. Dkt No. 162-1, Richins Depo., at 176.

7. In support of Paragraph 8 of WRA's Concise Statement, WRA submits the following reply:

WRA objects to Plaintiffs' response. WRA issued a comprehensive response to Plaintiffs' objections, and refers the Court to the response for additional factual support of WRA's position. Dkt No. 163. As relevant to this Court's inquiry, control

DEF. WRA'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 4

DCAPDX_898593_v1

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

1 refers to the day-to-day control exercised by an employer over an employee. WRA
2 has clearly demonstrated that it did not exercise control over Plaintiffs in any
3 meaningful way. Dkt No. 163.

4     8. In support of Paragraph 10 of WRA's Concise Statement, WRA submits the following reply:

WRA objects to Plaintiffs' response. WRA has fully responded to Plaintiffs' hearsay argument in its contemporaneous briefing filed with the Court today, and directs the Court to its briefing in response. In response to Plaintiffs' factual arguments regarding the report, the report clearly demonstrates that the DOL analyzed the economic realities of the relationship between WRA, Fernandez, and the workers, and found that each factor in the *Torres-Lopez* case weighed against finding that WRA was a joint employer of Plaintiffs. Dkt No. 133-4, US DOL Report, at 3.

Dated: January 28, 2013.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

/s/ Timothy J. Bernasek

Timothy J. Bernasek, WSBA No. 43604
Email: tbernasek@dunncarney.com
John R. Barhoum, WSBA No. 42776
Email: jbarhoum@dunncarney.com
Attorneys for Defendant Western Range Association

Trial Attorney: Timothy J. Bernasek
                   WSBA No. 43604

DEF. WRA'S REPLY IN SUPPORT OF ITS CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 5
DCAPDX_898593_v1
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

# CERTIFICATE OF SERVICE

1

2

3  I hereby certify that on January 14, 2013, I caused the foregoing document to

4 be electronically filed with the Clerk of the Court using the CM/ECF system and

5 caused it to be served by mail to the following:

| | | | |
|---|---|---|---|
| 6 | Michele Besso | : | micheleb@nwjustice.org |
| 7 | Weeun Wang | : | wwang@farmworkerjustice.org |
| 8 | Gary E. Lofland | : | glofland@glofland.net |
| 9 | John Jay Carroll | : | jcarroll@halvorsonNW.com |

10  Dated: January 28, 2013.

11

12 DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

13

14 _____
Timothy J. Bernasek, WSBA No. 43604
15 Email: tbernasek@dunncarney.com
John R. Barhoum, WSBA No. 42776
16 Email: jbarhoum@dunncarney.com
Attorneys for Defendant Western Range Association
17
Trial Attorney: Timothy J. Bernasek
18  WSBA No. 43604

19

20

21

22

CERTIFICATE OF SERVICE - 1
DCAPDX_714945_v2

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324