# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **ELVIS RUIZ, et al.,** | | **Case No.**  **CV-11-3088-RMP** |
| | **Plaintiffs,** | **CIVIL MINUTES - SETTLEMENT CONFERENCE** |
| | | **DATE:**  **March 21, 2013** |
| **vs** | | **9:00 a.m. - 2:00 p.m.** |
| **MAX FERNANDEZ, et al.,** | | **LOCATION:  Yakima, WA** |
| | **Defendants.** | **Lunch Recess Taken?  Yes - 30 min** |

| | |
|---|---|
| **MAGISTRATE JUDGE** | |
| **JAMES P. HUTTON** | |

| Kerrie Regimbal | n/a | Not Reported |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Michele Besso** | **Gary Lofland** |
| | **Timothy Bernasek** |

**A Settlement Conference was held and the parties did not reach a settlement.**

| Convened: 9:00 a.m. | Adjourned: 2:00 p.m. | Time: 10 Hrs/30 Mins. (Includes 6 hours of preparation time) |
|---|---|---|