Michele Besso
Northwest Justice Project
501 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
(509) 574-4234

Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, FRANCISCO JAVIER CASTRO and EDUARDO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX FERNANDEZ and ANN FERNANDEZ, a marital community; and WESTERN RANGE ASSOCIATION, a foreign nonprofit organization,,<br><br>Defendants. | No. CV-11-3088-RMP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I.   STIPULATION

The parties to the above entitled action, by the undersigned attorneys, stipulate that the claims asserted in this action have been fully settled and that this action

Stipulation and Order of Dismissal  - Page 1 of 4

may be dismissed with prejudice and without an award of costs to either party.

Dated this 23rd day of October, 2013.

NORTHWEST JUSTICE PROJECT

By: _/s/ Michele Besso_____
Michele Besso, WSBA #17423

By: __/s/ Weeun Wang_____
Weeun Wang
Attorneys for Plaintiffs


By: _/s/ Timothy J. Bernasek_____
Timothy J. Bernasek, WSBA #43604
Attorney for Defendant Western Range Association


By: _/s/ Gary Lofland_____
Gary Lofland, WSBA #12150
Attorney for Defendants Fernandez


## II. ORDER

    Based on the above stipulation of the parties, IT IS ORDERED:

This action is dismissed with prejudice and without an award of costs to either party.

Dated this ____ day of October, 2013

_____
United State District Court Judge

Stipulation and Order of Dismissal  - Page 2 of 4

Northwest Justice Project
510 Larson Building, 6 S. 2nd Street
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

Presented By:


\_\_/s/ Michele Besso_____
Michele Besso, WSBA #17423
Northwest Justice Project
Attorneys for Plaintiffs


Approved for entry, Notice of presentment waived.


\_\_/s/ Timothy Bernasek_____
Timothy J. Bernasek, WSBA #43604
Attorney for Defendant Western Range Association



/s/ Gary Lofland_____
Gary Lofland, WSBA #12150
Attorney for Defendants Fernandez

Stipulation and Order of Dismissal - Page 3 of 4

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd Street
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

CERTIFICATE OF SERVICE

I hereby certify that on October 23rd, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Jay Carroll: jcarroll@vhlegal.com

Timothy J. Bernasek: tbernasek@dunncarney.com

Gary Lofland: glofland@glofland.net

Weeun Wang: wwang@farmworkerjustice.org

DATED this 23rd day of October, 2013.

> By: /s/ Estella M. Del Villar
> Estella M. Del Villar, Legal Assistant for
> Michele Besso, WSBA #17423
> Attorney for Plaintiffs
> Northwest Justice Project
> 510 Larson Bldg., 6 South 2nd St.
> Yakima, WA 98901
> (509) 574-4234
> Email: micheleb@nwjustice.org

Stipulation and Order of Dismissal - Page 4 of 4

Northwest Justice Project
510 Larson Building, 6 S. 2nd Street
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238