# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RUIZ, et al.,<br><br>                 Plaintiffs,<br><br>    v.<br><br>MAX HERNANDEZ, et al.,<br><br>                 Defendants. | NO: CV-11-3088-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 267. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 267**, is **APPROVED**. Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed **with prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | The District Court Clerk is directed to enter this Order, enter judgment
2 | accordingly, and provide copies to counsel.  This case **remains closed**.
3 | **DATED** this 23rd day of October 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2